LEX TECNICA LTD
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
10161 Park Run Drive
Suite 150
Las Vegas, Nevada 89145
adam@lextecnica.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CROSS CONSTRUCTION COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LA LASER CENTER, PC; DANIEL TAHERI, <br><br> Defendants. | CASE NO.: 2:20-cv-00938-JAD-BNW <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br> ECF No. 52 |

It is agreed and stipulated, by and between counsel of record for the respective Parties in the above captioned matter, that this matter has been fully resolved through a settlement agreement which has been executed by the parties. The parties further stipulate and agree that, based upon the terms and provisions of the Settlement Agreement and Mutual Release, this case may be dismissed with prejudice as to the undersigned parties, with each party to bear their own costs and attorneys'

///

///

///

///

///

///

1

fees, except as otherwise specified in the settlement agreement.

DATED this 16th day of February, 2023.

**LEX TECNICA LTD**

ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
adam@lextecnica.com
*Attorney for Plaintiff*

DATED this 9th day of February, 2023.

**LAW OFFICE OF MITCHELL STIPP**

MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive
Suite 100
Las Vegas, Nevada 89144
Telephone: 702.602.1242
Facsimile: 866.220.5332
mstipp@stipplaw.com
*Attorney for Defendants*

DATED this ___ day of February, 2023.

DANIEL TAHERI

_____
DANIEL TAHERI

**ORDER**

Based on the parties' stipulation **[ECF No. 52]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. DISTRICT COURT JUDGE
2-16-23

2